METROPOLITAN MILWAUKEE ASSOCIATION
OF COMMERCE, INC., Plaintiff-Respondent,

v.

CITY OF MILWAUKEE, Defendant,

9TO5 NATIONAL ASSOCIATION OF
WORKING WOMEN, Milwaukee Chapter,
Intervenor-Defendant-Appellant.

Supreme Court

*No. 2009AP1874–AC. Oral argument October 1, 2010.
—Decided October 14, 2010.*

2010 WI 122

(Also reported in 789 N.W.2d 734.)

¶ 1. PER CURIAM. The court is equally divided whether to affirm or reverse the order of the circuit court. Justice David T. Prosser, Justice Patience Drake Roggensack, and Justice Michael J. Gableman would affirm. Chief Justice Shirley S. Abrahamson, Justice Ann Walsh Bradley, and Justice N. Patrick Crooks would reverse. Justice Annette Kingsland Ziegler did not participate.

¶ 2. When a certification or bypass results in a tie vote by this court, the better course of action is to vacate our decision to accept certification or bypass and remand the cause to the court of appeals. *State v. Richard Knutson, Inc.*, 191 Wis. 2d 395, 396–97, 528 N.W.2d 430 (1995) (remanding to court of appeals on a tie vote on certification).

¶ 3. Accordingly, we vacate our order granting certification and remand to the court of appeals.